**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

| | | |
|---|---|---|
| NEWPORT NEWS HOLDINGS CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:08-CV-00019 |
| | ) | |
| VIRTUAL CITY VISION, INC., et al., | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| Defendants. | ) | |

_____

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that the following will appear in this matter as counsel of record for Virtual City Vision, Inc., an Alabama corporation, and Van James Bond Tran, an individual:

> John W. Dozier, Jr., Esq. (VSB # 20559)
> Email: jwd@cybertriallawyer.com
> Donald E. Morris, Esq. (VSB # 72410)
> Email: don@cybertriallawyer.com
> DOZIER INTERNET LAW, P.C.
> 301 Concourse Blvd.
> West Shore III, Suite 300
> Glen Allen, VA 23059
> Phone (804) 346-9770
> Fax (804) 346-0800

I certify that the above counsel are admitted to practice in this court.

Dated:  March 28, 2008

                                        Respectfully submitted,

                                        _____/s/_____
                                        John W. Dozier, Jr., Esq. (VSB #20559)
                                        jwd@cybertriallawyer.com
                                        Donald E. Morris, Esq. (VSB #72410)
                                        don@cybertriallawyer.com
                                        DOZIER INTERNET LAW, P.C.
                                        301 Concourse Boulevard
                                        West Shore III, Suite 300
                                        Glen Allen, VA 23059
                                        (804) 346-9770
                                        (804) 346-0800 (fax)
                                        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to the following:

    Douglas E. Miller, Esq. (VSB #38591)
    dmiller@pwhd.com
    PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
    12350 Jefferson Avenue, Suite 300
    Newport News, Virginia 23602
    (757) 223-4585
    (757) 249-1627 (fax)

    *Counsel for Plaintiff*

    _____/s/_____

    Donald E. Morris, Esq. (VSB # 72410)
    Email: don@cybertriallawyer.com
    DOZIER INTERNET LAW, P.C.
    301 Concourse Blvd.
    West Shore III, Suite 300
    Glen Allen, VA 23059
    Phone (804) 346-9770
    Fax (804) 346-0800