**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

| | |
|---|---|
| NEWPORT NEWS HOLDINGS CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VIRTUAL CITY VISION, INC., et al., )<br>)<br>Defendants. ) | Civil Action No. 4:08-CV-00019<br><br>**VIRTUAL CITY VISION, INC.'S<br>DISCLOSURE STATEMENT<br><u>PURSUANT TO CIVIL RULE 7.1</u>** |

___

Virtual City Vision, Inc. certifies that it is a non-governmental corporation organized and existing under the laws of the State of Alabama with its principal place of business in Fairhope, Alabama. Virtual City Vision, Inc. submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and E.D.Va. Local Rule 7.1, for the use of the judges of this Court:

1. Virtual City Vision, Inc. is not a publicly-held corporation or other publicly-held entity;

2. Virtual City Vision, Inc. does not have any parent, subsidiary, or affiliate entities;

3. No publicly-held corporation owns 10 percent or more of Virtual City Vision, Inc.'s stock; and

4. Van James Bond Tran and Tsjep Smitz are the sole owners of Virtual City Vision, Inc.

Dated:  March 28, 2008

                                        Respectfully submitted,

                                        _____/s/_____
                                        John W. Dozier, Jr., Esq. (VSB #20559)
                                        jwd@cybertriallawyer.com
                                        Donald E. Morris, Esq. (VSB #72410)
                                        don@cybertriallawyer.com
                                        DOZIER INTERNET LAW, P.C.
                                        301 Concourse Boulevard
                                        West Shore III, Suite 300
                                        Glen Allen, VA 23059
                                        (804) 346-9770
                                        (804) 346-0800 (fax)
                                        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to the following:

    Douglas E. Miller, Esq. (VSB #38591)
    dmiller@pwhd.com
    PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
    12350 Jefferson Avenue, Suite 300
    Newport News, Virginia 23602
    (757) 223-4585
    (757) 249-1627 (fax)

    *Counsel for Plaintiff*

                                          _____/s/_____

                                         Donald E. Morris, Esq. (VSB # 72410)
                                         Email: don@cybertriallawyer.com
                                         DOZIER INTERNET LAW, P.C.
                                         301 Concourse Blvd.
                                         West Shore III, Suite 300
                                         Glen Allen, VA 23059
                                         Phone (804) 346-9770
                                         Fax (804) 346-0800