IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| NEWPORT NEWS HOLDINGS CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:08-CV-00019 |
| ) | |
| VIRTUAL CITY VISION, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR**
**EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

COME NOW Defendants Virtual City Vision, Inc. ("VCV") and Van James Bond Tran ("Tran") (collectively referred to as "Defendants"), by counsel, and with the consent of the Plaintiff, respectfully move for an order extending the time to file responsive pleadings until April, 21, 2008. As grounds for this Motion, Defendants state as follows:

1. Plaintiff has consented to Defendants' request for an extension of time, until April 21, 2008, to file their responsive pleadings.

2. The parties previously stipulated to extend Defendants' time to file responsive pleadings from March 26, 2008 to and including April 11, 2008.

3. This request is being made as the parties are engaged in negotiations towards a good faith settlement of this matter.

4. Defendants represent that this motion is not filed for any improper purpose or motive and that just cause exists for this request for this time extension.

5. All parties represent that this motion does not have any prejudicial effect on any party and that this Consent Motion will not cause any undue delay to the resolution of this matter.

Dated: April 10, 2008

                                Respectfully submitted,

                                /s/ Donald E. Morris

                                John W. Dozier, Jr., Esq. (VSB #20559)
                                jwd@cybertriallawyer.com
                                Donald E. Morris, Esq. (VSB #72410)
                                don@cybertriallawyer.com
                                DOZIER INTERNET LAW, P.C.
                                301 Concourse Boulevard
                                West Shore III, Suite 300
                                Glen Allen, VA 23059
                                (804) 346-9770
                                (804) 346-0800 (fax)

                                *Counsel for Defendants*


Dated: April 11, 2008

                                SEEN AND CONSENTED TO:

                                /s/ Douglas E. Miller

                                Douglas E. Miller, Esq. (VSB #38591)
                                dmiller@pwhd.com
                                PATTEN, WORNOM, HATTEN &
                                DIAMONSTEIN, L.C.
                                12350 Jefferson Avenue, Suite 300
                                Newport News, Virginia 23602
                                (757) 223-4585
                                (757) 249-1627 (fax)

                                COHEN, PONTANI, LIEBERMAN & PAVANE LLP
                                Martin B. Pavane
                                Lisa A. Ferrari
                                Roger S. Thompson
                                551 Fifth Avenue, Suite 1210
                                New York, NY 10176
                                (212) 687-2770
                                (212) 972-5487 (fax)

                                *Counsel for Plaintiff*