IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
APR 16 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| NEWPORT NEWS HOLDINGS CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:08-CV-00019 |
| | ) | |
| VIRTUAL CITY VISION, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING**
**EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

Having considered the Consent Motion for an extension of time for Defendants Virtual City Vision, Inc. and Van James Bond Tran to file responsive pleadings, and for good cause shown, it is

**ORDERED** that the Motion should be and is hereby granted; it is further

**ORDERED** that the time for the Defendants to file responsive pleadings should be and is hereby extended to April 21, 2008.

Dated: April 16, 2008

/s/
Rebecca Beach Smith
United States District Judge

United States District Judge

Dated: April _10_, 2008

WE ASK FOR THIS:

_/s/ Donald E. Morris_
John W. Dozier, Jr., Esq. (VSB #20559)
jwd@cybertriallawyer.com
Donald E. Morris, Esq. (VSB #72410)
don@cybertriallawyer.com
DOZIER INTERNET LAW, P.C.
301 Concourse Boulevard
West Shore III, Suite 300
Glen Allen, VA 23059
(804) 346-9770
(804) 346-0800 (fax)
*Counsel for Defendants*

Dated: April _11_, 2008

SEEN AND CONSENTED TO:

_/s/_
Douglas E. Miller, Esq. (VSB #38591)
dmiller@pwhd.com
PATTEN, WORNOM, HATTEN &
DIAMONSTEIN, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
(757) 223-4585
(757) 249-1627 (fax)

COHEN, PONTANI, LIEBERMAN & PAVANE LLP
Martin B. Pavane
Lisa A. Ferrari
Roger S. Thompson
551 Fifth Avenue, Suite 1210
New York, NY 10176
(212) 687-2770
(212) 972-5487 (fax)

*Counsel for Plaintiff*