UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

NEWPORT NEWS HOLDINGS CORP., :
:
Plaintiff, :
:
v. : Civil Action No. 4:08cv19
:
VIRTUAL CITY VISION, INC., *et al.*, :
:
Defendants. :

FILED
JUL 2 5 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

SUBJECT TO DEFECT
*Filed on paper without signature*

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE THAT Geoffrey M. Bohn, of the law firm BOHN & KOURETAS, PLC, hereby enters his appearance on behalf of defendants Virtual City Vision, Inc. and Van James Bond Tran in the captioned matter. Accordingly, any future communications to defendants should be directed to Mr. Bohn at the contact information provided below.

VIRTUAL CITY VISION, INC., *et al.*


/s/ Geoffrey M. Bohn
Geoffrey M. Bohn, VSB# 42610
BOHN & KOURETAS, PLC
P.O. Box 17811
Arlington, VA 22216
Tel:   (703) 599-7076
Fax:   (703) 842-8089

Attorney for defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July, 2008, a copy of the foregoing was sent by overnight mail to the Clerk of Court with the understanding that the Clerk of Court shall submit the foregoing to the Court e-filing system, and opposing parties, counsel identified below, and the judge shall be served consistently with those procedures.

Douglas E. Miller, Esq.
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602

Martin B. Pavane, Esq.
Lisa A. Ferrari, Esq.
Roger S. Thomspon, Esq.
COHEN, PONTANI, LIEBERMAN & PAVANE LLP
551 Fifth Avenue, Suite 1210
New York, NY 10176

John W. Dozier, Jr., Esq.
Donald E. Morris, Esq.
DOZIER INTERNET LAW, P.C.
301 Concourse Boulevard
West Shore III, Suite 300
Glen Allen, VA 23059

                                              /s/ Geoffrey M. Bohn
                                              Geoffrey M. Bohn